IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

TERRE HAUTE DIVISON

**FILED**
1:47 pm, Mar 05, 2019
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Laura A. Briggs, Clerk

Dominic A. Lowe, Robert Richards

Brant Cheesman, Kyle Lundie, et. Al.
    Plaintiff.

vs

Case Number:

Cause No: 2:19-cv-JRS-MJD
57

K. Hartzell, Deputy Warden of Putnamville Corr.

Kennedy, Internal Intelligence Officer of Putnamville Corr.

T. Schretter Mailroom Staff of Putnamville Corr.

    Defendant.

## PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Comes now Plaintiff, Dominic A. Lowe pro se, pursuant to Federal Rule of Civil Procedure 65(a), and moves this Honorable Court for a preliminary injunction for the reasons set forth below and in their supporting memorandum of law:

1. There is a reasonable likelihood that Plaintiff will prevail on the merits.

2. There is a substantial threat of irreparable harm if the injunction is not granted. As a result of Plaintiff's rights will further be impeded upon.

3. The threatened injury to Plaintiff outweighs any harm the proposed injunction may cause the defendants. The relief that Plaintiff seeks is an order compelling the defendants to perform their preexisting duties under the U.S. Constitution.

4. The public interest will not be disserved by a grant of a preliminary injunction. To the contrary, the public interest is well served by protecting the constitutional rights of all its members.

WHEREFORE, Plaintiff requests that upon consideration of this motion this Court will order the defendants, their successors, agents, employees, and all persons acting in concert with them to provide Plaintiff to RETUN any mail not deemed contaminated or a danger to the facility security and safety and to provide policy addition to inform offenders of the nature of substance that mail has been tested and proven to have contain.

Respectfully Submitted,

_____
_____, Plaintiff, pro-se
DOC # 233910
1946 W. U.S. Hwy 40
Greencastle, In 46135